IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| FOX NEWS NETWORK, LLC and CHRISTOPHER WALLACE,<br><br>Plaintiffs,<br><br>v.<br><br>ROBIN CARNAHAN FOR SENATE, INC.<br><br>Defendant. | Case No. 10-cv-00906-GAF |

**DISCLOSURE OF CORPORATION INTERESTS**

Pursuant to Local Rule 3.1 of the United States District Court for the Western District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for plaintiff Fox News Network, LLC ("FNC") hereby gives notice that the following corporate interests are disclosed:

1. The parent companies of the corporation: Fox Television Stations, Inc.; Fox Television Holdings, Inc.; NWC Acquisition Corporation; NWC Sub II Holdings Corporation; New World Television Incorporated; News America Incorporated; Fox Entertainment Group; and News Corporation.

2. Subsidiaries not wholly owned by the corporation: N/A.

3. Affiliates that have issued shares to the public: N/A.

4. Any publicly held company that owns ten percent (10%) or more of the corporation:

N/A.


Dated: Kansas City, Missouri
September 15, 2010

        Respectfully submitted,

        LATHROP & GAGE LLP


        By  /s/ Bernard J. Rhodes
        Bernard J. Rhodes          (MO29844)
        2345 Grand Boulevard, Suite 2800
        Kansas City, Missouri 64108
        Tel.: (816) 460-5508
        Fac.: (816) 292-2001
        E-mail: brhodes@lathropgage.com

        *Attorneys for Plaintiff Fox News Network, LLC*